# COURT MINUTES

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**    Date: 12/18/25    Time: 10:00 a.m.

Defendant: Ignacio A. Arends-Gonzalez    J#: 30127-512    Case #: 23-CR-20008-RUIZ

AUSA: Lynn Kirkpatrick    Attorney: Juan Michelen (CJA)

Violation: Conspiracy to Import more than (5) kilograms of cocaine into the United States

Proceeding: Arraignment/Detention Hearing    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: TEMP-Pretrial Detention

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

**Disposition:**

*NO BRADY ORDER GIVEN*

*Defendant Arraigned:*

*Reading of Indictment Waived*

*Not Guilty plea entered*

*Jury trial demanded*

*Standing Discovery Order requested*

*Defendant's ore tenus request for entry of the Standing Discovery; granted*

*STIP PTD w/right to revisit (no hrg. held); Court sets*

*Brady order given*

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:38:11    Time in Court: 3 mins